# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF OKLAHOMA

PATRICIA A. SESSUMS,

    Plaintiff,

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security
Administration,

    Defendant.

Case No. CIV-06-380-RAW

## ORDER REMANDING CASE FOR FURTHER PROCEEDINGS

On November 8, 2007, Magistrate Judge Kimberly E. West entered a Report and Recommendation, recommending that the above-styled case be reversed and remanded for further proceedings. Defendant has not filed an objection.

IT IS THEREFORE ORDERED that the decision of the Administrative Law Judge is hereby **REVERSED** and this case is hereby **REMANDED** pursuant to the fourth sentence of 42 U.S.C. §405(g) for further administrative proceedings.

IT IS SO ORDERED this 27th day of November, 2007.

**Dated this 27th Day of November 2007.**

J4h4i0

Ronald A. White
United States District Judge
Eastern District of Oklahoma